IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK THOMAS, JR.,**<br>    Plaintiff, | §<br>§<br>§ | |
| **V.** | §<br>§<br>§ | **CIVIL ACTION NO. _____** |
| **GAO MING and KEPPEL AMFELS, LLC**<br>    Defendants. | §<br>§<br>§<br>§ | |

## INDEX TO NOTICE OF REMOVAL EXHIBITS

State Court Pleadings Index ............................................................................................. Exhibit A

Consent to Removal (Defendant Gao Ming) ..................................................................... Exhibit B

Counsel of Record .............................................................................................................. Exhibit C

State Court Docket Sheet (August 22, 2019) ..................................................................... Exhibit D